# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James R. Haney Sr.,

    Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	3:07-cv-1

Miles Helms, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/16/2007 Order.

Signed: November 16, 2007

_____
Frank G. Johns, Clerk
United States District Court