# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:07-CV-001-RJC-DCK

| | |
|---|---|
| JAMES R. HANEY, SR., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| MILES HELMS, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** regarding the "Notice Pursuant to Local Rule 16.1" docketed by the Clerk of Court's office in this case on November 19, 2007. This notice informed the parties that they were **required** to comply with Local Rule 16.1 within fourteen (14) days. There is no indication that the parties have complied with the local rules as directed.

**IT IS, THEREFORE, ORDERED** that the remaining parties in the lawsuit shall comply with the requirements of Local Rule 16.1 and file a Certification of Initial Attorney's Conference on or before **January 14, 2008**.

The Clerk of Court is directed to send a copy of this Order to Plaintiff James R. Haney, Sr. and to counsel for Defendant Jeff Haney by certified U.S. Mail.

**SO ORDERED.**

Signed: January 3, 2008

David C. Keesler
United States Magistrate Judge