# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:07-CV-001-RJC-DCK

| | |
|---|---|
| JAMES R. HANEY SR., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER STAYING** |
| | ) **INITIAL ATTORNEYS'** |
| MILES HELMS, et al., | ) **CONFERENCE** |
| Defendants. | ) |

**THIS CAUSE COMING ON FOR HEARING** upon the Motion of Defendant Detective Jeff Haney to stay the Initial Attorney's Conference in this matter previously scheduled pursuant to Local Rule 16.1;

**AND IT APPEARING TO THE COURT** that good cause exists to stay the Initial Attorney's Conference in this matter;

**AND IT FURTHER APPEARING TO THE COURT** that the Motion of the Defendant Haney is well-taken, meritorious and should, therefore, be **ALLOWED**.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** as follows:

The Defendant Haney's Motion to Stay Initial Attorney's Conference in this matter is **GRANTED**.

The Initial Attorney's Conference in this case is hereby stayed until further order by this Court.

Signed: January 11, 2008

David C. Keesler
United States Magistrate Judge