UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:07-cv-001-C

|  |  |
|---|---|
| JAMES R. HANEY, SR., | ) |
| Plaintiff, | ) |
| vs. | ) |
| JEFF HANEY, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on defendant's motion for summary judgment filed December 17, 2007. (Doc. No. 12). By order filed January 15, 2008, pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), plaintiff was advised of the summary judgment procedure and the possible consequences if he failed to respond adequately. (Doc. No. 20). To date, the Plaintiff has not filed a response to the Defendant's motion or otherwise responded to the Court's Order.

The Court has carefully reviewed the Motion for Summary Judgment and finds that for the reasons set forth in Defendant's Motion for Summary Judgment, Defendant is entitled to a dismissal.

**THEREFORE, IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

Signed: April 21, 2008

Robert J. Conrad, Jr.
Chief United States District Judge