IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CV-001-RJC-DCK

| | |
|---|---|
| JAMES R. HANEY, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MILES HELMS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*. The undersigned notes that on April 21, 2008, the Honorable Robert J. Conrad, Jr. granted "Defendant Haney's Motion For Summary Judgment," thus dismissing Mr. Haney from this lawsuit. It appears that other Defendants were previously dismissed from the lawsuit on November 16, 2007. The undersigned also notes that Plaintiff has not participated in prosecuting this action since its inception on December 29, 2006.

**IT IS, THEREFORE, ORDERED** that the *pro se* Plaintiff shall **SHOW CAUSE**, on or before **June 30, 2008** why this case should not be **DISMISSED AND CLOSED**.

The Clerk of Court is directed to send a copy of this Order to Plaintiff by certified U.S. Mail.

**SO ORDERED.**

Signed: May 30, 2008

David C. Keesler
United States Magistrate Judge