# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James R. Haney, Sr.,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                          3:07cv1

Miles Helms et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Court's Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/16/2008 Order.

Signed: July 16, 2008

Frank G. Johns, Clerk
United States District Court